IN RE:  CASE NO. 07-53672-S

DONALD E. YOUNG
KIMBERLY S. YOUNG   CHAPTER 7
      Debtors

REPORT OF DIVIDEND
<u>UNDER FIVE DOLLARS</u>

FILED 2011 FEB 15 PM 3:43 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO AKRON

    Harold A. Corzin, Trustee herein, reports that check #136 in the amount of $2.72 was issued on February 10, 2011 to the Clerk of Courts in payment of dividends under $5.00 for the following unsecured creditors:

                                                                Amt. of Dividend

| | | |
|---|---|---|
| Claim #11 | ASSET ACCEPTANCE LLC<br>P O BOX 2036<br>WARREN, MI 48090 | $ .59 |
| Claim #16 | CLEVELAND ELECTRIC ILLUMINATING<br>COMPANY<br>BANKRUPTCY DEPARTMENT<br>6896 MILLER ROAD SUITE 204<br>BRECKSVILLE, OH 44141 | $ .81 |
| Claim #38 | Nordonia Hills Clinic<br>7689 Sagamore Hills Blvd.<br>Northfield, OH 44067 | $ 1.32 |

TOTAL:                                                      $ 2.72

*ck #136*
*receipt #82149*

                                       HAROLD A. CORZIN, TRUSTEE
                                       304 N. Cleveland-Massillon Rd.
                                       Akron, Ohio 44333
                                       (330) 670-0770

February 12, 2011